IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED
MAR - 8 2023
JAMIE GIANI, Clerk
Deputy Clerk

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 2:23 CR 20006-001 |
| | ) | |
| v. | ) | 26 U.S.C. § 5841 |
| | ) | 26 U.S.C. § 5861(d) |
| NEIL RAVI MEHTA | ) | 26 U.S.C. § 5861(i) |
| | ) | 26 U.S.C. § 5871 |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT ONE
[Possession of Unregistered Destructive Device]

On or about January 31, 2023, in the Western District of Arkansas, Fort Smith Division,

**NEIL RAVI MEHTA**, the defendant, knowingly received and possessed a firearm, as that term

is defined in Title 26, United States Code, Section 5845(a), specifically a destructive device as that

term is defined in Title 26, United States Code, Section 5845(f), that was not registered to him in

the National Firearms Registration and Transfer Record.

All in violation of Title 26, United States Code, Sections 5841, 5861(d) and 5871.

### COUNT TWO
[Possession of Destructive Device Unidentified by Serial Number]

On or about January 31, 2023, in the Western District of Arkansas, Fort Smith Division,

**NEIL RAVI MEHTA**, the defendant, knowingly received and possessed a firearm, as that term

is defined in Title 26, United States Code, Section 5845(a), specifically a destructive device as that

term is defined in Title 26, United States Code, Section 5845(f), that was not identified by a serial

number as required by Chapter 53 of Title 26, United States Code.

All in violation of Title 26, United States Code, Sections 5841, 5861(i) and 5871.

A TRUE BILL.

DAVID CLAY FOWLKES
UNITED STATES ATTORNEY

By:

*/s/Grand Jury Foreperson*
FOREPERSON

Steven M. Mohlhenrich
Assistant United States Attorney
Maryland Bar No. 9212160240
414 Parker Avenue
Fort Smith, Arkansas 72901
Telephone: (479) 783-5125
Email: steven.mohlhenrich@usdoj.gov