UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES OF AMERICA                                                     PLAINTIFF

v.                                    CASE NO. 2:23-cr-20006-001

NEIL RAVI MEHTA                                                              DEFENDANT

## ORDER

The Court ADOPTS the report and recommendation (Doc. 31) entered in this case and accepts Defendant's plea of guilty to Counts 1s, 2s and 3s of the information. The Defendant is hereby adjudged GUILTY of the offense.

IT IS SO ORDERED this 26th day of October, 2023.

/s/ P. K. Holmes III
P.K. HOLMES III
U.S. DISTRICT JUDGE