IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES OF AMERICA                                                              PLAINTIFF

v.                                      Case No. 2:23-cr-20006

NEIL RAVI MEHTA                                                                         DEFENDANT

## ORDER

Before the Court is a Report and Recommendation ("R&R") issued by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. ECF No. 78. Judge Ford recommends that Defendant's Motion for Extension of Time to File a § 2255 Motion (ECF No. 71) be denied without prejudice for lack of subject matter jurisdiction. Defendant has not objected to the R&R, and the time to do so has passed. *See* 28 U.S.C. § 636(b)(1).

Upon review, finding no clear error on the face of the record and that Judge Ford's reasoning is sound, the Court adopts the R&R (ECF No. 78) in toto. Accordingly, Defendant's Motion for Extension of Time to File § 2255 Motion (ECF No. 71) is herby **DENIED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 12th day of June, 2025.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge