IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES OF AMERICA PLAINTIFF

v. Case No. 2:23-cr-20006

NEIL RAVI MEHTA DEFENDANT

**ORDER**

Before the Court is a Report and Recommendation ("R&R") issued by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. ECF No. 146. Judge Ford recommended that Defendant's Motion to Reconsider Prior Rulings (ECF No. 91) be denied for being both procedurally defaulted and substantively deficient. Judge Ford then noted that the basis of Defendant's motion to reconsider is identical to Ground Eight of his Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence (ECF No. 89), and thus also recommended that Ground Eight of Defendants § 2255 motion be denied.

Defendant filed a timely Objection. ECF No. 152. However, Defendant explicitly states that he "does not object to the R&R's recommendation that ECF No. 91 be denied and that Ground 8 of ECF No. 89 be denied." ECF No. 152, at 3. Defendant instead utilizes most of the Objection to dispute a perceived statement of fact allegedly put forth in the R&R regarding whether Defendant owned a particular business. ECF No. 152, at 3–11. Defendant states that the perceived statement is "immaterial" to Judge Ford's ultimate recommendation and requests that the Court decline to adopt that statement of fact from the R&R. ECF No. 152, at 4. Because Defendant's quibbles with the R&R admittedly do not attack Judge Ford's recommendation or the reasoning underlying it, the Court need only review the R&R for clear error. See Thompson v. Nix, 897 F.2d

356, 357–58 (8th Cir. 1990) (noting that an objection to a Magistrate's R&R must be timely and specific to require a de novo review of the R&R).

Upon review, the Court adopts the R&R (ECF No. 146) **in part**. Defendant's Motion to Reconsider Prior Rulings (ECF No. 91) is **DENIED**. For considerations of clarity, the Court **declines** to adopt Judge Ford's recommendation regarding Ground Eight of Defendant's pending motion pursuant to § 2255 (ECF No. 89). When the Court ultimately rules on Defendant's § 2255 motion, it may note that this Order has already addressed the substance of Ground Eight and rendered it moot. As to Defendant's concerns about statements in the R&R regarding his ownership of a certain business, those statements have little to no bearing on the reasoning underlying Judge Ford's recommendation to deny Defendant's motion to reconsider. Thus, the Court's adoption of that recommendation does not render any such statement as an accepted factual finding.

**IT IS SO ORDERED**, this 21st day of September, 2026.

/s/ John Thomas Shepherd
John Thomas Shepherd
United States District Judge